People v Young (2025 NY Slip Op 07237)

People v Young

2025 NY Slip Op 07237

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, GREENWOOD, AND HANNAH, JJ. (Filed Dec. 23, 2025.)

MOTION NOS. (153-154/96) KA 05-01122 and KA 05-01123.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
CHRISTOPHER YOUNG, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.